IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.K., an individual, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| CHOICE HOTELS INTERNATIONAL, INC., | NO. 25-1661 |
| *Defendant.* | |

## ORDER

**AND NOW**, this 14th day of October 2025, upon consideration of Plaintiff's Complaint, (Dkt. No. 1), Defendant's Motion to Dismiss, (Dkt. No. 12), Plaintiff's Response, (Dkt. No. 17), and Defendant's Reply, (Dkt. No. 18), it is hereby **ORDERED** as follows:

1. The Motion to Dismiss is **DENIED**.

2. The Court **GRANTS** the request to proceed under a pseudonym, subject to reconsideration upon any future opposition by Defendant. Plaintiff may proceed as "Jane Doe," and shall be referred to as "Jane Doe" on the docket in all future papers filed in this litigation.

3. Plaintiff's actual name shall be available to the attorneys of record in this litigation, who shall not disclose or permit disclosure of her name except to their law partners, associates, and persons employed in the law offices of such attorneys.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.